Julius O. Carls, appellant, v. Gus A. Carls et al., appellees.

Action to recover damages for destruction of crops by removal of water trap. Judgment for defendants. Appeal from the Circuit Court of Cass county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed July 9, 1919.

Thomas D. Masters and Charles A. Gridley, for appellant. Dieterich & Hedgecock, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.

---

Lewis A. Abdill, appellee, v. Walter A. Abdill, administrator with the will annexed of the estate of George W. Abdill, deceased, appellant.

Assumpsit to recover purchase price of coal and other minerals mined in certain land. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1919. Reversed. Opinion filed July 9, 1919.

F. L. Draper and C. R. Shannon, for appellant. Acton & Acton, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

John W. Luttrell, plaintiff in error, v. Charles E. Wyatt et al., defendants in error.

Suit to impeach decree because of fraud practiced on complainant. Decree in favor of complainant. Error to the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1919. Reversed and remanded with directions. Opinion filed July 9, 1919.

Robert H. Patton, for plaintiff in error. Alonzo Hoff and Sampson & Giffin, for defendants in error Charles E. Wyatt and Margaret J. Wyatt. Henry L. Child, pro se.

Mr. Justice Waggoner delivered the opinion of the court.

---

B. L. Kirk, administrator of the estate of John A. Anderson, deceased, et al., appellees, v. James L. Gourley, administrator of the estate of John A. Anderson, deceased, et al., appellants.

Petition to cancel and set aside order for appointment of administrator, for want of jurisdiction. Order in accordance with prayer of petition. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 9, 1919.

W. M. Cannady, Cloud & Thompson and F. M. Thompson, for appellants. Green & Palmer, Schneider & Schneider and Louis A. Busch, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.